UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EAST RIVER CAPITAL, INC. and ERC ACCESS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VLD ACCESS, INC., STEPHEN DUNN, ROUTE CONSULTANT, INC., and RUMMY INC.,<br><br>    Defendants. | Case No. 19-cv-1398-JPG |

## JUDGMENT

This matter having come before the Court, the plaintiffs having voluntarily dismissed some claims and having failed to prosecute others,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiffs' claims in this case against defendants VLD Access, Inc., Stephen Dunn, and Rummy, Inc., are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiffs' claim in this case against defendant Route Consultant, Inc. is dismissed without prejudice to pursuing that claim in arbitration.

**DATED:  April 20, 2021**

                                                                **MARGARET M. ROBERTIE, Clerk of Court**

                                                                <u>s/Tina Gray, Deputy Clerk</u>


**Approved:**     <u>s/ J. Phil Gilbert    </u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**